# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re <u>Ulrik & Melissa Holck</u>  
**Debtor**

Case No. <u>12-42033</u>

### DEBTOR'S DECLARATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER § 1328(a))

I certify (check one):

☐ During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

☑ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: <u>Melissa Holck C/O David Wyatt</u>

<u>706 Fore Ln</u>

<u>Kissimmee, FL 34759</u>

My current employer and my employer's address:

<u>Not employed</u>

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

<u>/s/ Melissa Holck</u>   <u>31-January-2017</u>  
Signature of Debtor   Dated

<u>Melissa A Holck</u>  
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a)/§ 1228(a). In joint cases, the form must be completed and filed by each debtor.

Revised 02/16 lh